# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0334. RAYSHUN DORSEY v. SUNSHINE MANAGEMENT, LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Rayshun Dorsey appealed to the superior court. On January 20, 2022, the superior court issued a writ of possession and judgment in favor of Sunshine Management, LLC, which it later amended on January 27, 2022. Dorsey filed a direct appeal, which was dismissed based on Dorsey's failure to file an application for discretionary review as required under OCGA § 5-6-35 (a) (1). See Case No. A22A1180 (Mar. 29, 2022). Dorsey filed this application on April 11, 2022. We lack jurisdiction.

This application is untimely. Ordinarily, an application for discretionary review must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). Under OCGA § 44-7-56, however, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999); see also Court of Appeals Rule 31 (a). Dorsey's application was filed on April 11, 2022, 74 days after the superior court entered its amended writ of possession.

Additionally, the application contains a motion to retroactively extend the time for Dorsey to file his application. Under OCGA § 5-6-39 (a) (5), this Court may grant an extension of time for filing an application for discretionary appeal. See *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011); accord Court of Appeals Rule 16 (c). The request for an extension, however, "must be made before expiration of the period for filing as originally prescribed or as extended by a permissible previous order." OCGA § 5-6-39 (d); see also Court of Appeals Rule 31 (i); *Gable*, 290 Ga. at

84-85 (2) (a). Dorsey's request for an extension of time in which to file an application for discretionary appeal is untimely. See OCGA §§ 5-6-35 (d); 5-6-39 (d); Court of Appeals Rule 31 (i); *Gable*, 290 Ga. at 84-85 (2) (a).

Accordingly, we DENY the motion to extend the time to file the application, and we lack jurisdiction to consider this untimely application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/04/2022 *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*